# David Johnson

# V.

# Sean Combs
## AKA
## P. diddy

United States District Court
Northern District of New York
————————————————x

David Johnson
        Plaintiff

V.

Sean Combs AKA P. Diddy
        Defendants
————————————————

Complaint
(Pro se prisoner)

Case No. _____

Oral Argument Requested

This is a civil action seeking relief and damages to defend and protect the rights guaranteed by the Constitution and laws of the United States.

Against Sean Combs Also Known as Puff Daddy or P. Diddy a Music Mogul from New York State, Harlem.

The factual events of this claim are as follows:

Around the time of August 2018 while I was a minor in the custody of my mother Joi Kemp, I was sitting in my living room listening and watching Youtube videos of Tupac Shakur and Notorious B.I.G. When my mom came down stairs and said "What are you doing. You must want to be a girl. I'm calling Angie B." Angie B is a family relative of my Half siblings. Who lives in Long Island New York and works in New York City. After this interaction with my mother I was very confused and stopped listening to youtube. About 30 minutes after the interaction I was down stairs in my room of our house in North Chili NY my mother began to cook dinner. She served me dinner a short time after she served my siblings. I ate dinner and about an hour later I began to feel really tired so I went to bed. My mother drugged me. After drugging me my mother put me in the car and trafficked me to a location unknown by me. While being unconcious I felt a women having intercourse with me without my consent. Then suddenly Sean Combs shoved his penis (Erect) into my rectum violently without my consent and began to have unconsensual intercourse with me while the girl was having unconsensual intercourse with me also. I cryed out in pain I would say this ordeal was about an hour long. This happened 3 times over the course of 2 days

I could feel the ordeal being recorded and I heard fake moans covering up my cries and pain. I was unconcious and laying somewhere basically the whole time until I was needed to be used as some kind of sex toy against my will. On the third incident I felt extreme friction burn and pain and discomfort in my colon. This was torture I felt as if I was going to die. I yelled out "STOP!" The women stopped having sexual intercourse with me and Sean Combs did NOT. he continued to rape me after I asked him to stop. until He ejaculated on my buttocks and Anal opening. After this I was returned to some area where my mother was waiting for me and I was stuck with a needle that had some kind of fluid. Directly after ejaculating on me I told Sean Combs that he was a faggot and that I was going to kill him when I awoke. After waking up I was still in pain I went to my mother and told her I felt really bad and sick and dizzy and in pain. I was extremely confused and didn't know if what happened was reality or if someone was playing with my head and controlling my dreams. I searched on Google how do I know if I have HIV because I thought someone shot me with a needle to give me HIV. I was given some food by my mother and I slowly began to feel better... See Page 2A Continued

I am claiming Rape and Revenge Porn and any other valid legal claims that may be applicable to Sean Combs Actions like soliciting prostitution ~~of another~~ against ones will. I ask that the courts consider the fact that I have a limited knowledge of the law. Everything that I stated is 100% Factual. to my best memory and knowledge.

I am asking for relief in the form of ~~[scribbled out]~~ United States Dollars. $100,000,000. or whatever the court deems proper.
1 hundred Million Dollars

I Declare under Penalty of Perjury that the foregoing is true and correct
Dated 11/5/24

David Johnson
David Johnson 19D0019
Mid-State Correctional Facility
P.O. box 2500
Marcy NY 13403

~~Sworn to before me this ___ day of _____ 20__.~~
~~Notary Public~~

Additional Information for complaint
------

Shortly after this ordeal when I returned to football practice and school everyone made fun of me by calling me "P. Diddy". I began to spiral down a black hole of loneliness and suicidal thoughts. I began using drugs. I left home after having a fight with my mom's boyfriend. I took to the streets and I killed someone. the pain and humilation was too much to bear Now I am in prison. and to add on to the rape incident, when he first shoved his Penis in my rectum I said "What the fuck" at first I thought I was dreaming I tried to say no but for some reason I couldn't all I could say was "What the fuck". This was not consent for him to have intercourse with me. it was as if someone used mind control on me.

I Declare the above to be true and correct under penalty of perjury

David Johnson