


Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403
David Johnson 19Doe19



United States District Court
Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

LEGAL MAIL